**FILED**
CLERK, U.S. DISTRICT COURT
2/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAM\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ALEXANDER FRANCISCO ALVAREZ,<br>   aka "sneek_a_peek,"<br>   aka "FleXXX,"<br><br>           Defendant. | CR  2:22-cr-00024-DSF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 1512(c)(1): Obstruction by Destruction of Evidence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 23, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALEXANDER FRANCISCO ALVAREZ, also known as ("aka") "sneek_a_peek," aka "FleXXX," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign

commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.  The child pornography that defendant ALVAREZ distributed included, but was not limited to, the following images:

1.   fcf9e245-9052-4ace-bb82-b06d1e08c61d.mp4
2.   a55d9697-172a-4b4b-ab4a-242b513f41bd

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about May 10, 2018, in Los Angeles County, within the Central District of California, defendant ALEXANDER FRANCISCO ALVAREZ, also known as ("aka") "sneek_a_peek," aka "FleXXX," knowingly possessed an Apple iPhone 8, bearing serial number C6KVGA9XJC6C, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were child pornography.

COUNT THREE

[18 U.S.C. § 1512(c)(1)]

On or about May 11, 2018, in Los Angeles County, within the Central District of California, defendant ALEXANDER FRANCISCO ALVAREZ, also known as ("aka") "sneek_a_peek," aka "FleXXX," knowingly and corruptly attempted to alter, destroy, mutilate, and conceal a document, record, and other object, namely, files stored on Dropbox depicting child pornography, with the intent to impair the objects' integrity and availability for use in an official proceeding.

A TRUE BILL

_____/S/_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

CATHARINE A. RICHMOND
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section